

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00689-CR

Calvin Pierre **HOPKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10972
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 14, 2022. Appellant did not timely file the brief or a motion for extension of time to file the brief.

On December 16, 2022, we advised Appellant's counsel Patrick B. Montgomery by e-mail that the brief was overdue and inquired about its status. Counsel did not respond.

On December 21, 2022, we ordered counsel to file a motion for extension of time, a motion to dismiss, or the brief by January 3, 2023. We warned counsel that if no brief or motion was filed by that date, we would abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2). To date, counsel has not responded.

We ABATE this appeal and REMAND the cause to the trial court. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We ORDER the trial court to conduct a hearing in compliance with Rule 38.8(b) to answer the following questions:

(1)     Does Appellant desire to prosecute his appeal?

(2)     Should Patrick B. Montgomery be removed from this appeal? If so, the trial court must appoint new appellate counsel.

(3)     Has appointed counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(4).

The trial court, in its discretion, may receive evidence on the first question by sworn affidavit from Appellant or by allowing Appellant to appear via electronic means (e.g., telephone or video conference). However, the trial court shall order Patrick B. Montgomery to be physically present at the hearing. *See id.* R. 38.8(b)(3).

We FURTHER ORDER the trial court to file supplemental clerk's and reporter's records in this court, not later than thirty days from the date of this order, which shall include the following: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. *See id.* This court will consider the supplemental records in its determination whether to initiate contempt proceedings against Appellant's counsel. *See id.* R. 38.8(b)(4); *In re Fisch*, 95 S.W.3d at 732; *Samaniego v. State*, 952 S.W.2d at 53.

All other appellate deadlines are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court